# ORIGINAL

KAREN P. HEWITT
United States Attorney
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California Bar Number (pending)
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7085/(619) 235-2757
jonathan.shapiro@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED

07 JUN 11  AM 11: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: U                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE DISCLOSURE OF SUBSCRIBER AND OTHER INFORMATION, INCLUDING CELL SITE INFORMATION<br><br>IN RE: **YOLANDA GUTIERREZ-CASTRO** | Case No. 07MC0223<br><br>EX PARTE MOTION AND ORDER TO UNSEAL APPLICATION AND ORDER |

The United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Jonathan I. Shapiro, Assistant U.S. Attorney, moves this Court to unseal the Application and Order in Magistrate Case No. 07MC0223 obtained and sealed on April, 2007.

In support of this Motion, counsel for the government states that the need for continued secrecy has passed.

Accordingly, it is requested that the Court order that the Application and Order in Magistrate Case No. 07MC0223 be unsealed.

07MC0223

Dated: June 7, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

By: JONATHAN I. SHAPIRO
Assistant U. S. Attorney

**ORDER**

Upon motion of the United States, good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Application and Order in Magistrate Case

No. 07MC0223 are unsealed.

Dated: 6/7/07

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

2

07MC0223